1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE MCCLELLON,

                Plaintiff,

      v.

BANK OF AMERICA NA,

                Defendant.

CASE NO. C19-0394-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for service (Dkt. No. 10). The Court has already issued summons in this case. (Dkt. No. 12.) Therefore, the motion is DENIED as moot.

DATED this 15th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk