THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE MCCLELLON, | CASE NO. C19-0394-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BANK OF AMERICA NA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for service (Dkt. No. 10). The Court has already issued summons in this case. (Dkt. No. 12.) Defendant has represented that it will accept service via electronic mail. (Dkt. No. 11.) The Court construes Defendant's signed representation (Dkt. No. 11), Defendant's notice of appearance (Dkt. No. 4), and issuance of summons (Dkt. No. 11) as Defendant's acceptance of proper service. *See* Fed. R. Civ. P. 5(b)(2)(E). Therefore, the motion is DENIED as moot.

DATED this 15th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0394-JCC
PAGE - 1